# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC. and TIME WARNER CABLE TEXAS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PREWITT MANAGEMENT, INC., as General Partner of WAP, Ltd., a Texas Limited Partnership, and<br>WAP, LTD., a Texas Limited Partnership,<br><br>Defendants. | Case No. 1:16-cv-1268-RP |

## DECLARATION OF JENNIFER A. SMITH

I, Jennifer A. Smith, declare and state the following:

1. I have personal knowledge of, or am otherwise informed concerning, the facts herein and could and would competently testify to them if necessary.

2. I have worked for Charter Communications, Inc. since January 24, 2022. I currently hold the position of Vice President, Associate General Counsel and Assistant Corporate Secretary.

3. Through my position, I am familiar with the corporate entity records of Charter Communications, Inc. and its subsidiaries including the organization and formation records of both Charter Communications, Inc. and Spectrum Gulf Coast, LLC (formerly known as Time Warner Cable Texas LLC), from 2016 through the present.

### Charter Communications, Inc.

4. As of March 29, 2018 – the date of Plaintiffs' Second Amended Complaint (Dkt. 72, "SAC") – Charter Communications, Inc. was a publicly-held corporation incorporated in

Delaware with its principal place of business (*i.e.*, where its high level officers directed, controlled, and coordinated the corporation's activities) in Stamford, Connecticut. Charter Communications, Inc.'s Annual Report on Form 10-K filed on February 2, 2018, with the U.S. Securities and Exchange Commission for the year ended December 31, 2017, reflects the same.[1]

5.  Today, Charter Communications, Inc. is still a publicly-held corporation incorporated in Delaware with its principal place of business (*i.e.*, where its high level officers directed, controlled, and coordinated the corporation's activities) in Stamford, Connecticut.

**Time Warner Cable Texas LLC (n/k/a Spectrum Gulf Coast, LLC)**

6.  Attached as **Exhibit 1** to this declaration is a listing of the relevant partners and members Time Warner Cable Texas LLC as of March 29, 2018 – the date of Plaintiffs' SAC (Dkt. 72). Exhibit 1 accurately summarizes and is derived from the business records of Charter Communications, Inc. and Time Warner Cable Texas LLC.

7.  Effective September 15, 2018, Time Warner Cable Texas LLC changed its name to Spectrum Gulf Coast, LLC by filing a Certificate of Amendment with the Delaware Secretary of State.

8.  A Certificate of Amended Registration related to the name change was filed with the Texas Secretary of State on September 19, 2018.

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and upon personal knowledge that the foregoing, including information contained in the exhibit to this declaration, is true and correct to the best of my knowledge and belief.

---

[1] *See* https://www.sec.gov/Archives/edgar/data/1091667/000109166718000025/chtr12312017-10k.htm.

-3-

Executed on August 8, 2024

                                  Charter Communications, Inc.

                          By: _____
                                  Jennifer A. Smith
                                  Vice President, Associate General Counsel
                                  and Assistant Corporate Secretary

# EXHIBIT 1

## LIST OF RELEVANT PARTNERS AND MEMBERS OF
## TIME WARNER CABLE TEXAS LLC AS OF MARCH 29, 2018

As set forth fully below, the following is a listing of the relevant partners and members of Time Warner Cable Texas LLC, and of their partners and members, and so on, all the way down, as they existed as of **March 29, 2018**. The members of Time Warner Cable Texas LLC were ultimately traceable to three incorporated entities (bolded below) that were citizens of the States of Connecticut, New York, and Delaware, and described as follows:

1. Time Warner Cable Texas LLC was a limited liability company with one member, Time Warner Cable Enterprises LLC.

2. Time Warner Cable Enterprises LLC was a limited liability company with one member, Time Warner Cable, LLC.

3. Time Warner Cable, LLC was a limited liability company with one member, Charter Communications Operating, LLC.

4. Charter Communications Operating, LLC was a limited liability company with one member, CCO Holdings, LLC.

5. CCO Holdings, LLC was a limited liability company with one member, CCH I Holdings, LLC.

6. CCH I Holdings, LLC was a limited liability company with one member, CCHC, LLC.

7. CCHC, LLC was a limited liability company with one member, Charter Communications Holding Company, LLC.

8. Charter Communications Holding Company, LLC was a limited liability company with one member, Spectrum Management Holding Company, LLC.

9. Spectrum Management Holding Company, LLC was a limited liability company with one member, Charter Communications Holdings, LLC.

10. Charter Communications Holdings, LLC was a limited liability company with three members: (1) Advance/Newhouse Partnership (see below at No. 11); (2) CCH Holding Company, LLC (see below at 12); and (3) CCH II, LLC (see below at No. 13).

11. Advance/Newhouse Partnership was a general partnership with two partners: (1) A/NPC Holdings Sub LLC; and (2) A/NPC Holdings LLC.

- o A/NP Holdings Sub LLC was a limited liability company with one member, A/NPC Holdings LLC.
- o A/NPC Holdings LLC was a limited liability company with two members: (1) Newhouse Cable Holdings LLC; and (2) Advance Communications Company LLC.
    - Newhouse Cable Holdings LLC was a limited liability company with one member, Newhouse Broadcasting Corporation.
        - **Newhouse Broadcasting Corporation was a corporation formed under the laws of New York with its principal place of business in New York.**
    - Advance Communications Company LLC was a limited liability company with one member, Advance Local Holdings Corp.
        - **Advance Local Holdings Corp. was a corporation formed under the laws of Delaware with its principal place of business in New York.**

12. CCH Holding Company, LLC was a limited liability company with one member, Charter Communications, Inc. (described below at No. 18).

13. CCH II, LLC was a limited liability company with five members: (1) Charter Communications, Inc. (described below at No. 18); (2) NaviSite Newco LLC; (3) Insight Communications Company LLC; (4) TWC Sports Newco LLC; and (5) Coaxial Communications of Central Ohio LLC.

14. NaviSite NewCo LLC was a limited liability company with one member, Charter Communications, Inc. (described below at No. 18).

15. Insight Communications Company LLC was a limited liability company with one member, Charter Communications, Inc. (described below at No. 18).

16. TWC Sports Newco LLC was a limited liability company with one member, Charter Communications, Inc. (described below at No. 18).

17. Coaxial Communications of Central Ohio LLC was a limited liability company with one member, Insight Communications Company LLC (described above at No. 15).

18. **Charter Communications, Inc. was a publicly-held corporation formed under the laws of Delaware with its principal place of business in Connecticut.**

###