# EXHIBIT B

# EXHIBIT A

# LIST OF RELEVANT MEMBERS AND ENTITIES AFFILIATED WITH
# SPECTRUM GULF COAST LLC

As set forth fully below, the following is a listing of the relevant partners and members of Spectrum Gulf Coast LLC ("Spectrum"), and of their partners and members, and so on, all the way down, as they exist as of the date of this filing. The citizenship of Spectrum's members are ultimately traceable to three incorporated entities that are citizens of the States of Connecticut, New York, and Delaware, and described as follows:

1. Defendant Spectrum Gulf Coast LLC, is a limited liability company with one member, Time Warner Cable Enterprises, LLC. Based on this member (described below), Spectrum Gulf Coast LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

2. Time Warner Cable Enterprises LLC, is a limited liability company with one member, Time Warner Cable, LLC. Based on this member (described below), Time Warner Cable Enterprises LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

3. Time Warner Cable, LLC, is a limited liability company with one member, Charter Communications Operating, LLC. Based on this member (described below), Time Warner Cable, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

    o Charter Communications, LLC, is a limited liability company with one member, Charter Communications Operating, LLC. Based on this member (described below), Charter Communications, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

4. Charter Communications Operating, LLC, is a limited liability company with one member, CCO Holdings, LLC. Based on this member (described below), Charter Communications Operating, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

5. CCO Holdings, LLC, is a limited liability company with one member, CCH I Holdings, LLC. Based on this member (described below), CCO Holdings, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

6. CCH I Holdings, LLC, is a limited liability company with one member, CCHC, LLC. Based on this member (described below), CCH I Holdings, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

7. CCHC, LLC, is a limited liability company with one member, Charter Communications Holding Company, LLC. Based on this member (described below), CCHC, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

8. Charter Communications Holding Company, LLC, is a limited liability company with one member, Spectrum Management Holding Company, LLC. Based on this member (described below), Charter Communications Holding Company, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

9. Spectrum Management Holding Company, LLC, is a limited liability company with one member, Respondent Charter Communications Holdings, LLC. Based on this member (described below), Spectrum Management Holding Company, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

10. Charter Communications Holdings, LLC, is a limited liability company with four members: (1) Advance/Newhouse Partnership (see below at No. 11); (2) CCH Holding Company, LLC (see below at No. 12); (3) Insight Blocker, LLC (see below at No. 13); and (4) CCH II, LLC (see below at No. 14). Based on these members (described below), Charter Communications Holdings, LLC, is a citizen of the States of Connecticut, Delaware, and New York for jurisdictional purposes.

11. Advance/Newhouse Partnership is a general partnership with two partners: (1) A/NPC Holdings Sub LLC; and (2) A/NPC Holdings LLC. Based on these partners (described below), Advance/Newhouse Partnership is a citizen of the State of New York for jurisdictional purposes.

    - A/NP Holdings Sub LLC, is a limited liability company with one member, A/NPC Holdings LLC. Based on this member (described below), A/NP Holdings Sub LLC, is a citizen of the State of New York for jurisdictional purposes.

    - A/NPC Holdings LLC, is a limited liability company with two members: (1) Newhouse Cable Holdings, LLC; and (2) Advance Communications Company LLC. Based on these members (described below), A/NPC Holdings LLC, is a citizen of the State of New York for jurisdictional purposes.

        - Newhouse Cable Holdings, LLC, is a limited liability company with one member, Newhouse Broadcasting Corporation. Based on this member (described below), Newhouse Cable Holdings, LLC, is a citizen of the State of New York for jurisdictional purposes.

            - Newhouse Broadcasting Corporation is a corporation formed under the laws of the State of New York with its principal place of business in New York. It therefore is a citizen of New York for jurisdictional purposes. *See* 28 U.S.C. § 1332(c)(1).

- Advance Communications Company LLC, is a limited liability company with one member, Advance Local Holdings Corp. Based on this member (described below), Advance Communications Company LLC, is a citizen of the State of New York for jurisdictional purposes.

  - Advance Local Holdings Corp. is a corporation formed under the laws of the State of New York with its principal place of business in the State of New York. It therefore is a citizen of New York for jurisdictional purposes. *See* 28 U.S.C. § 1332(c)(1).

12. CCH Holding Company, LLC, is a limited liability company with one member, Charter Communications, Inc. (described below at No. 14). Based on this member, CCH Holding Company, LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.

13. Insight Blocker LLC, is a limited liability company with one member, Insight Communications Company LLC. Based on this member (described below), Insight Blocker LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.

    - Insight Communications Company LLC, is a limited liability company with one member, Charter Communications, Inc. (described below). Based on this member, Insight Communications Company LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.

14. CCH II, LLC, is a limited liability company with five members: (1) Charter Communications, Inc.; (2) Insight Communications Company LLC (described above as the sole member of Insight Blocker LLC); (3) Coaxial Communications of Central Ohio LLC; (4) TWC Sports Newco LLC; and (5) NaviSite Newco LLC. Based on these members, CCH II, LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.

    - Charter Communications, Inc., is a publicly-held corporation formed under the law of the State of Delaware with its principal place of business in the State of Connecticut. Charter Communications, Inc., is therefore a citizen of Delaware and Connecticut for jurisdictional purposes.

    - Coaxial Communications of Central Ohio LLC, is a limited liability company with one member, Insight Communications Company LLC (described above as the sole member of Insight Blocker LLC). Based on this member, Coaxial Communications of Central Ohio LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.

    - TWC Sports Newco LLC, is a limited liability company with one member, Charter Communications, Inc. (described above). Based on this member, TWC Sports Newco LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.

- o NaviSite Newco LLC, is a limited liability company with one member, Charter Communications, Inc. (described above). Based on this member, NaviSite Newco LLC, is a citizen of the States of Connecticut and Delaware for jurisdictional purposes.