# EXHIBIT D





# Franchise Tax Account Status

As of : 08/09/2024 13:07:09

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| PREWITT MANAGEMENT, INC. | |
|---|---|
| Texas Taxpayer Number | 17427514108 |
| Mailing Address | 319 CORBIN DR MAGNOLIA, TX 77354-1796 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 06/09/1995 |
| Texas SOS File Number | 0135901700 |
| Registered Agent Name | SIDNEY A PREWITT |
| Registered Office Street Address | 319 CORBIN DR MAGNOLIA, TX 77354 |