UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
Austin Division

| | |
|---|---|
| CHARTER COMMUNICATIONS, INC., and TIME WARNER CABLE TEXAS LLC (n/k/a SPECTRUM GULF COAST, LLC),<br><br>Plaintiffs,<br><br>v.<br><br>PREWITT MANAGEMENT, INC., as General Partner of WAP, Ltd., a Texas Limited Partnership, and WAP, LTD., a Texas Limited Partnership,<br><br>Defendants. | Case No. 1:16-cv-1268-RP |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Leave to File Third Amended Complaint. After considering the Motion and the grounds advanced in support, pursuant to 28 U.S.C. § 1653 and Fed. R. Civ. P. 15 (a)(2), it is **ORDERED** that Plaintiffs' Motion for Leave to File Third Amended Complaint is **GRANTED**.

SIGNED _____, 2024.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE