**FILED**

December 17, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ JG

DEPUTY

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**Austin Division**

|  |  |  |
|---|---|---|
| **CHARTER COMMUNICATIONS, INC., and TIME WARNER CABLE TEXAS LLC,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No. 16-cv-1268-RP** |
| **PREWITT MANAGEMENT, INC., as General Partner of WAP, Ltd., a Texas Limited Partnership, and WAP, LTD., a Texas Limited Partnership,** | ) ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## ORDER

Before the Court is the parties' joint request for a briefing schedule for renewed post-trial briefing on Plaintiffs Charter Communications, Inc., and Time Warner Cable Texas LLC's remaining claims.

Finding good cause to do so, joint request is hereby **GRANTED**. The Court hereby sets and direct the parties to submit renewed post-trial briefing on Plaintiffs' remaining claims (Claims 2 through 5 of the Third Amended Complaint (Dkt. 180)) as follows:

| Filing | Deadline |
|---|---|
| Plaintiffs' Opening Brief on Plaintiffs' Remaining Claims – 30 pages | March 5, 2026 |
| Defendants' Response Brief – 30 pages | May 4, 2026 |
| Plaintiffs' Reply Brief – 15 pages | June 2, 2026 |

Briefing shall be limited to the following remaining issues, to the evidence admitted at trial

(Dkt. 136), and to anything else properly subject to judicial notice:

- Whether Section 66.004(f) of the Texas Utilities Code converts the Agreements into perpetual contracts with an indefinite term of duration (Claim 2 of the Third Amended Complaint);

- Whether Section 66.004(f) is preempted by or violates the 5% cap on franchise fees under the Federal Cable Act, 47 U.S.C. § 542(b) (Claim 3 of the Third Amended Complaint);

- Whether Section 66.004(f) violates the free speech clause and/or equal protection clauses of the United States or Texas constitutions (Claim 4 of the Third Amended Complaint); and

- Whether Section 66.004(f) violates the Contracts Clause of the United States Constitution (Claim 5 of the Third Amended Complaint).

**SIGNED** on   December 17    , 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE